373 A.2d 454

**COMMONWEALTH of Pennsylvania**

v.

**James R. ANDERSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 26, 1974.

Decided June 3, 1977.

Reargument Denied July 18, 1977.

Edward Reif, Philadelphia, Pa., for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Albert L. Becker, Asst. Dist. Atty., Philadelphia, Pa., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The court being equally divided, the judgment of sentence is affirmed.

JONES, former C. J., took no part in the consideration or decision of this case.